**PRISONER CASE**

**FILED**

GH

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

## Civil Cover Sheet

FEB 1 9 2008 NF
Feb 19 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| **Plaintiff(s):** STEVIE JONES | **Defendant(s):** UNITED STATES OF AMERICA, et al. |
| **County of Residence:** US, Outside the State of IL | **County of Residence:** |
| **Plaintiff's Address:** | **Defendant's Attorney:** |
| Stevie Jones<br>#11523-040<br>Atlanta - FPC<br>P.O. Box 150160 Lakewood Station<br>Atlanta, GA 30315 | AUSA<br>United States Attorney's Office<br>219 South Dearborn<br>Chicago, IL   60604 |

**Basis of Jurisdiction:**

- [ ] 1. U.S. Government Plaintiff
- [x] 2. U.S. Government Defendant
- [ ] 3. Federal Question (U.S. gov't. not a party)
- [ ] 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**

Plaintiff:

Defendant:

08CV 1017
JUDGE COAR
MAGISTRATE JUDGE DENLOW

**Origin:**

- [x] 1. Original Proceeding
- [ ] 2. Removed From State Court
- [ ] 3. Remanded From Appellate Court
- [ ] 4. Reinstated or Reopened
- [ ] 5. Transferred From Other District
- [ ] 6. MultiDistrict Litigation
- [ ] 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 540 Mandamus and other

**Cause of Action:** 28:1361

**Jury Demand:** [ ] Yes   [x] No

**Signature:** A. E. Woodham   **Date:** 02/19/2008