# United States District Court
# Northern District of Illinois

In the Matter of

Steven Jones # 11523-040

v.

United States of America

Case No. 08 C 1017

Designated Magistrate Judge
Morton Denlow

## TRANSFER OF CASE TO THE EXECUTIVE COMMITTEE
## FOR A REASSIGNMENT

The above captioned case is currently pending on my calendar. I recommend to the Executive Committee that this case be reassigned to the calendar of Judge **Joan B. Gottschall**. The reasons for my recommendation are indicated on the reverse of this form.

_____
Judge David H. Coar

Dated: March 20, 2008

---

## ORDER OF THE EXECUTIVE COMMITTEE

IT IS HEREBY ORDERED that the above captioned case be reassigned to the calendar of Judge **Joan B. Gottschall**.

### ENTER

### FOR THE EXECUTIVE COMMITTEE

_____
Chief Judge James F. Holderman

Dated: MAR 2 5 2008

| | | |
|---|---|---|
| ■ | 40.3(B)(2) | This case appears to involve the same parties and subject matter as case numbers 06 C 3159 and 03 CR 689-17 assigned to the calendar of Judge Gottschall. Petitioner Jones was convicted in a Criminal case (03CR689-17) assigned to Judge Gottschall and he is now serving his sentence. He has filed a Section 2255 petition that is now pending before Judge Gottschall. In the case assigned to me, he has filed a mandamus petition against the U.S. Attorney for the Western District of Michigan seeking to have Jones' sentence in Judge Gottschall's case reduced because of his alleged "substantial" cooperation in connection with another case pending in Michigan. Apparently Jones had already been sentenced in Illinois when this alleged cooperation occurred (in Michigan), Jones alleges that he testified before a grand jury in Michigan and that, afterward, he was told by an AUSA there that his cooperation had been "substantial" and that it warranted a reduction of 3-5 years. It appears, therefore, that the relief sought in this mandamus action is a reduction of his criminal sentence and that should be addressed to the sentencing Judge. I transfer this case to the Executive Committee for reassignment to Judge Gottschall. It is my understanding that Judge Gottschall will receive equalization credit for the case, but that no case will be returned to my calendar in exchange for this case. |
| ☐ | IOP 13 | This cause was assigned from the calendar of Judge ____ for coordinated or consolidated pretrial discovery proceedings. |
| ☐ | | This cause was assigned from the calendar of Judge ____ as a Multi-District Litigation case. Consolidated pretrial has been completed and the case should be reassigned to said Judge. |
| ☐ | IOP 13 | This case should be transferred to the Fugitive Calendar as the defendant is a fugitive. |
| ☐ | IOP 13 | This case should be reassigned as a replacement for case number ____ which was reassigned by agreement to my calendar on ____ . |
| ☐ | IOP 13 | This case should be reassigned as a replacement for case number ____ in which a recusal was permitted. |

