# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | JOAN B. GOTTSCHALL | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1017 | **DATE** | MAY 15 2008 |
| **CASE TITLE** | Stevie Jones (#11523-040) vs. United States of America, et al. | | |

**DOCKET ENTRY TEXT:**

By Minute Order of March 20, 2008, the court ordered the petitioner either to pay the statutory filing fee or file a motion for leave to proceed *in forma pauperis*. The petitioner was forewarned that failure to comply by April 30, 2008, would result in summary dismissal of his petition for a writ of mandamus. Nevertheless, that date has passed and the petitioner has not responded to the court's order. Accordingly, the case is terminated. The status conference previously scheduled for May 21, 2008, at 9:30 a.m. is vacated.

Docketing to mail notices.

mjm